UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | |
| ) | |
| **THE ELECTRONIC DEVICE DESCRIBED** ) | No. 4:21 MJ 3129 NCC |
| **IN ATTACHMENT A.** ) | |
| ) | SIGNED AND SUBMITTED TO THE |
| ) | COURT FOR FILING BY RELIABLE |
| ) | ELECTRONIC MEANS |

## ORDER

On motion of the United States of America, IT IS HEREBY ORDERED that the search warrant, along with its application, affidavit, and return, and this Order issued thereto, be sealed until November 27, 2021, except for the limited purposes of providing same to defendant counsel pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure.

This Order is based upon the sealed motion of the Government establishing that: (a) the government has a compelling interest in sealing the documents in question which outweighs the public's qualified First Amendment right of access to review those documents; and (b) no less restrictive alternative to sealing is appropriate or practical.

_____
NOELLE C. COLLINS
United States Magistrate Judge

Dated this 27th day of May, 2021.